IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WARREN ROBERT MICHOG,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-132-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Warren Robert Michog remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

s/ V. Olmo, Deputy Clerk  
Peter Oppeneer, Clerk of Court

10/16/2017  
Date